IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| BRUCE RASSOLI, *et al.*, | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-2827 |
| INTUIT INC., | § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

In accordance with the court's Memorandum and Opinion of this date, this action is dismissed without prejudice based on improper venue. Each party bears its own costs and fees.

SIGNED on March 19, 2012, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge